**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LANGDON CARTER, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
|     Defendant. | : | No. 20-545 |

## ORDER

AND NOW, on December 8, 2021, having reviewed Defendant's Motion for Summary

Judgment (doc. 17) and Plaintiff Langdon Carter's Response (doc. 22), and in accordance with

the accompanying memorandum opinion, it is ORDERED that the motion is GRANTED.

Judgment is entered for the Defendant and the clerk shall mark this case closed.

BY THE COURT:


 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE